Michael Mayron  (SBN 62036)
Joel Waelty (SBN 226728)
jwaelty@hinklelaw.com
HINKLE, JACHIMOWICZ, POINTER & MAYRON
2007 West Hedding Street, Suite 100
San Jose,  California 95128
Tel.: (408) 246-5500
Fax: (408) 246-1051

Attorneys for Plaintiff
MARIA GARCIA, NADIA GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

*E-FILED - 2/6/06*

| | |
|---|---|
| MARIA GARCIA, NADIA GARCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendant. | No. C 05-05407 - RMW<br><br>[~~PROPOSED~~] ORDER ON STIPULATION FOR LEAVE TO FILE AMENDED COMPLAINT FOR ERISA BENEFITS |

IT IS HEREBY ORDERED, that plaintiffs have leave to file their second amended complaint for denied ERISA benefits.

Dated: __2/6/06____        __/S/ RONALD M. WHYTE_____
                           JUDGE OF THE DISTRICT COURT

HINKLE JACHIMOWICZ POINTER & MAYRON
2007 W. HEDDING STREET
SAN JOSE, CALIFORNIA 95128
(408) 246-5500

1
STIPULATION TO ALLOW LEAVE FOR PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT FOR DENIED ERISA BENFITS