GALTON & HELM LLP
DANIEL W. MAGUIRE, State Bar No. 120002
E-Mail: dmaguire@galtonhelm.com
500 South Grand Avenue, Suite 1200
Los Angeles, California 90071-2624
Telephone: (213) 629-8800
Facsimile: (213) 629-0037

Attorneys for Defendants Zurich American Insurance Company and Countrywide Financial Corporation Group Insurance Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

*E-FILED - 4/19/06*

| | |
|---|---|
| MARIA GARCIA and NADIA GARCIA, <br><br> Plaintiffs, <br><br> vs. <br><br> ZURICH AMERICAN INSURANCE COMPANY, COUNTRYWIDE CREDIT INDUSTRIES, INC. PLAN, <br><br> Defendants. | CASE NO. C 05-05407 RMW <br><br> **STIPULATION AND ORDER FOR STAY PENDING ADMINISTRATIVE REVIEW** |

Plaintiffs Maria Garcia and Nadia Garcia ("Plaintiffs") and Defendants Zurich American Insurance Company ("Zurich") and Countrywide Financial Corporation Group Insurance Plan, improperly sued as Countrywide Credit Industries, Inc. Plan, (the "Plan"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

/ / /

/ / /

5464 / 95077.1

1.  Jose V. Garcia was a participant in an employee benefit plan established and maintained by his employer, Countrywide Credit Industries, Inc. ("Countrywide"). Countrywide funded the plan for accidental death benefits through its purchase of Blanket Accident Policy Nos. GTU 8355516 and GTU 8365517 issued by Zurich Insurance Company. Jose Garcia died while vacationing with his family in Mexico.

2.  Claims for benefits were submitted by Plaintiffs under the Zurich policies by reason of Mr. Garcia's death. In this lawsuit, Plaintiffs seek recovery of benefits under the policies and injunctive relief.

3.  Plaintiffs and Zurich have agreed that the accidental death and dismemberment claim under the Zurich policies and the appeal by Plaintiffs under the Countrywide plan be remanded to the claim administrator for review and exhaustion of Plaintiffs' administrative remedies. This stipulation is without prejudice to any claims Plaintiffs may have arising from prior interactions between the parties.

4.  As part of this agreement, Plaintiffs will have 60 days from the entry of this order to submit any and all further evidence they wish Zurich to consider as part of its administrative appeal.

5.  On March 9, 2006, Zurich subpoenaed from Kaiser Permanente Medical Group certain medical records relating to Jose V. Garcia. In order to conduct a full and fair review of Plaintiffs' claims, Zurich is required to obtain and review that documentation.

/ / /

6. Zurich agrees to complete its administrative review on appeal within 60 days of the later of the following dates: (a) the date Plaintiffs submit any and all further documentation they wish Zurich to consider on appeal; and (b) the date Kaiser produces all records requested by Zurich in the subpoenas. If the review is not complete by that date, the appeal will be deemed denied and all administrative remedies will be deemed exhausted.

7. The parties further agree that Zurich will produce to Plaintiffs' counsel all documentation obtained from Kaiser through the above-referenced subpoenas.

8. The parties agree that by stipulating to remand, Plaintiffs do not waive their right to seek attorneys' fees incurred to date under ERISA § 502(g), and Zurich does not waive its right to challenge a claim for attorneys' fees on any other ground.

9. Finally, the parties agree that this action be stayed pending administrative review. Defendant Countrywide Financial Corporation Group Insurance Plan has waived service and will enter an appearance within 10 court days after the stay is lifted.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

10. The parties anticipate completion of administrative review within 120 days and will submit a status report at that time. If the matter is not resolved following completion of administrative review, the parties will file a joint request to lift the stay.

DATED: April 11, 2006

HINKLE, JACHIMOWICZ, POINTER & MAYRON
MICHAEL MAYRON
JOEL WAELTY

By: _____
JOEL WAELTY
Attorneys for Plaintiffs
Maria Garcia and Nadia Garcia

DATED: April 11, 2006

GALTON & HELM LLP
DANIEL W. MAGUIRE

By: _____
DANIEL W. MAGUIRE
Attorneys for Defendants Zurich American Insurance Company and Countrywide Financial Corporation Group Insurance Plan

## ORDER

IT IS SO ORDERED.

DATED: 4/19/06

/S/ RONALD M. WHYTE
HONORABLE RONALD M. WHYTE
UNTIED STATES DISTRICT COURT

GALTON & HELM LLP
400 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2824
TELEPHONE: (213) 629-8800

5464 (93077.1)

4

Case No. C 05-05407 RMW
STIPULATION AND ORDER FOR STAY
PENDING ADMINISTRATIVE REVIEW