GALTON & HELM LLP
DANIEL W. MAGUIRE, State Bar No. 120002
E-Mail: dmaguire@galtonhelm.com
500 South Grand Avenue, Suite 1200
Los Angeles, California 90071-2624
Telephone: (213) 629-8800
Facsimile: (213) 629-0037

Attorneys for Defendants Zurich American Insurance Company and Countrywide Credit Industries, Inc. Basic and Voluntary Accidental Death and Dismemberment Insurance Plans

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

*E-FILED - 6/27/07*

| | |
|---|---|
| MARIA GARCIA and NADIA GARCIA,<br><br>        Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, COUNTRYWIDE CREDIT INDUSTRIES, INC. PLAN,<br><br>        Defendants. | CASE NO. C 05-05407 RMW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

      IT IS HEREBY STIPULATED by and between Plaintiffs, Maria Garcia and Nadia Garcia, and Defendants, Zurich American Insurance Company and Countrywide Financial Corporation Group Insurance Plan, that this action be

/ / /

/ / /

/ / /

/ / /

/ / /

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800

1   dismissed with prejudice, in its entirety, with each party to bear their own attorneys'

2   fees and costs.

3

4   DATED: 6/14/ , 2007          HINKLE, JACHIMOWICZ, POINTER &
                                  MAYRON
5                                GERALD EMANUEL

6

7   By:_____
                                  GERALD EMANUEL
8                                Attorneys for Plaintiffs Maria Garcia and
                                  Nadia Garcia
9

10  DATED: June 14 , 2007         GALTON & HELM LLP
                                  DANIEL W. MAGUIRE
11

12  By:_____
                                  DANIEL W. MAGUIRE
13  Attorneys for Defendants Zurich American
14  Insurance Company and Countrywide Credit
    Industries, Inc. Basic and Voluntary Accidental
15  Death and Dismemberment Insurance Plans

16

17                               **ORDER**

18

19      IT IS SO ORDERED.

20

21  DATED: 6/27/07 _____
                                  _Ronald M. Whyte_
22                               HONORABLE RONALD M. WHYTE
                                  UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE. (213) 629-8800